Clare J. Murphy, Conservator of Estate of Max Pashkow, Incompetent, Appellee, v. Thomas J. Friel et al., Trustees, Trading as Chicago Surface Lines, Appellants.

Gen. No. 43,483.

opinion filed April 24, 1946; rehearing denied May 10, 1946; released for publication May 10, 1946. Frank L. Kriete, James O. Dwight, Charles E. Green, and Arthur J. Donovan, for appellants; William J. Flaherty and James O. Dwight, of counsel; James A. Dooley, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.